UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021

-------------------------------------------------------------X

MARIO JIMENEZ, *individually and on behalf*
*of all others similarly-situated*,

                      Plaintiff,

              - against -

SRC COLLISION, INC., et al.,

                Defendants.

-------------------------------------------------------------X

20-CV-8946 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The initial pretrial conference scheduled for January 19, 2021 is cancelled in light

of Dkt. 14.  The parties shall first attempt mediation before an initial conference is held.

The parties shall inform the Court of status every 30 days and, in any event, no later than

five days after completion of the mediation.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2021
      New York, New York

Copies transmitted this date to all counsel of record.