UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO JIMENEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

SRC COLLISION, INC., d/b/a CMB COLLISION, and NICHOLAS CASPARE, individually,

                Defendants.

1:20-cv-8946-ALC-RWL

JUDGMENT PURSUANT TO FED. R. CIV. P. 68

**WHEREAS**, on March 18, 2022, Defendants SRC Collision, Inc., d/b/a CMB Collision, and Nicholas Caspare, individually, offered that named-Plaintiff Mario Jimenez and opt-in Plaintiff Anthony Rodriguez ("Plaintiffs") take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS**, on March 21, 2022, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against SRC Collision, Inc., d/b/a CMB Collision, and Nicholas Caspare, individually, jointly and severally, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00).

SO ORDERED, on the __5th__ day of _____April_____, 2022, New York, New York:

_____
The Honorable Andrew L. Carter, Jr. U.S.D.J.